UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES BRIAN KULFAN,

    Petitioner,

                                          Case No. 1:15-cv-954

v.

                                          HONORABLE PAUL L. MALONEY

SHIRLEE HARRY,

    Respondent,
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation (Dkt. #9) filed by United States Magistrate Judge Ray Kent in this action. The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that the habeas corpus petition is **DENIED** for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED.**

**This action is terminated.**


Date: April 14, 2017                                        /s/ Paul L. Maloney
                                                                              Paul L. Maloney
                                                                              United States District Judge