UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES BRIAN KULFAN,

    Petitioner,

v.

    Case No. 1:15-cv-954

    HONORABLE PAUL L. MALONEY

SHIRLEE HARRY,

    Respondent,
_____/

## **JUDGMENT**

Pursuant to Fed.R.Civ.P. 58, **JUDGMENT** is hereby entered in favor of respondent and against the petitioner.

Date: April 14, 2017

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge